Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas
Central Division
Civil Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 08 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| Aiden Jones | Case No. 4:24-cv-223-JM |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☐ Yes  ☑ No |
| -v- | |
| Heather Patton<br>Jeffery Wayne Phillips<br>Jack T. Patterson II | This case assigned to District Judge **Moody**<br>and to Magistrate Judge **Ervin** |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Aiden Jones |
   | Street Address | 1307 J Street |
   | City and County | Danville, Yell Co |
   | State and Zip Code | Arkansas, 72833 |
   | Telephone Number | 479-214-5052 |
   | E-mail Address | jonesaiden617@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Heather Patton |
| Job or Title (if known) | Chief Deputy Prosecutor (5th Judicial District) |
| Street Address | 111 N Fulton St |
| City and County | Clarksville, Johnson |
| State and Zip Code | Arkansas, 72830 |
| Telephone Number | 479-968-8600 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Jeffery Wayne Phillips |
| Job or Title (if known) | Deputy Prosecutor (5th Judicial District) |
| Street Address | 111 N Fulton St |
| City and County | Clarksville, Johnson |
| State and Zip Code | Arkansas, 72830 |
| Telephone Number | 479-968-8600 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Jack T. Patterson II |
| Job or Title (if known) | Judge (Johnson County Circuit Court) |
| Street Address | 215 W Main St |
| City and County | Clarksville, Johnson |
| State and Zip Code | AR, 72830 |
| Telephone Number | 479-754-0266 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. 1983
Fifth Amendment US Constitution
Fourteenth Amendment US Constitution Section 1

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
<u>See attached sheet 1 for the full claim</u>

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Attached (Sheet 1)**
**Statement of Claim**

Case No:_____

1. On October 1, 2023, I was arrested and charged with Criminal Mischief 1st Degree and Criminal Trespassing. Following my arrest, I was detained at the Johnson County Detention Center, and a cash-only bond of $750 was set, with the imposition of a no-contact order as a condition for pretrial release.

2. While still incarcerated and before the ability to post the initial bond, I was accused of violating the no-contact order, leading to an additional bond requirement of $1,500 being set against me, despite the impossibility of such a violation under detention conditions.

3. After posting the total amount of $2,250 for all charges, I was released from custody on October 11, 2023. Subsequently, on November 15, 2023, Defendants Heather Patton and Jeffery Wayne Phillips initiated actions resulting in the wrongful revocation of my initial $750 bond, based on the erroneous claim that I had been released on October 2, 2023, and had violated the no-contact order on that day—a factual impossibility given my incarceration status at the time of the alleged violation.

4. Judge Jack T. Patterson, in conjunction with Defendants Patton and Phillips, denied me the statutory right to a hearing within forty-eight hours of my appearance in court to contest the bond revocation, as mandated by Arkansas

**Code § 16-85-714(c)(i). This denial of a hearing, based on the unfounded revocation of my bond for an impossible pretrial release violation, infringed upon my due process rights, causing me unjustified additional incarceration, financial loss, and emotional distress.**

5. **The actions of Defendants Heather Patton, Jeffery Wayne Phillips, and Judge Jack T. Patterson have directly led to significant personal and financial harm, including unwarranted additional detention during the felony case, increased financial burdens from the need to post additional bond just to have it revoked then an attempt to have it forfeited based on the subsequent arrest, and severe emotional distress. The procedural errors and disregard for statutory and constitutional protections have caused lasting damage necessitating legal redress.**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

1. declaratory Judgment that the actions of Defendants violated the Plaintiffs rights - Subject all defendants for review on the AR Bar
2. Compensatory & Punitive damages in amounts of $500,000
3. injunction against all defendants Prohibiting unconstitutional Practices
4. Any other relief Deemed Proper

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/04/24

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Aiden Jones

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address